In the Matter of the Claim of HERMAN BISHOFF, Respondent, against STORKS' NEST, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed in a restaurant and lived on the premises. While returning to the premises preparatory to going to work he was crossing a lot in the rear used by the employer in connection with the restaurant and slipped and fell. The only question raised was whether the accident arose out of and in the course of the employment, the appellants claiming that the lot where claimant fell was no part of the restaurant premises. The employer testified that the lot was occupied by him and used for the restaurant. Award unanimously affirmed, with costs to the Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PEARL SWART, Respondent, against NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The only question involved on this appeal is causal relation. On April 5, 1933, claimant struck her knee on a corner of an open drawer of a filing cabinet, as a result of which she sustained a synovitis with fluid deposit on the middle meniscus of the right knee. She was awarded compensation for total disability from April 10, 1933, to June 1, 1933, and also she received an award because her wage earning capacity, because of partial disability, was reduced twenty-five per cent from June 1, 1933, to November 22, 1933. The medical testimony sustains the finding of the State Industrial Board that claimant was totally disabled between April 5, 1933, and June 1, 1933. The medical testimony also sustains the finding of partial disability to the extent of twenty-five per cent. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CAROLINE PARISI, Respondent, against CITY OF NIAGARA FALLS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant was an attendant in the check room of a bathhouse in a park maintained by the city of Niagara Falls, from six until eleven in the evening. Her husband usually came to take her home at the close of her duties. The evening of the accident was cool, and no bathers were present. On such evenings the attendants were permitted to go home early. The claimant stumbled and was injured while crossing a ramp on her way to the boiler house in the building for the purpose of telephoning to her husband to come early for her. It was the common practice for claimant and the other employees to use the telephone for such purpose, with the consent of the employer. She testified that the attendants went home late at night and that "They didn't want us to walk and they gave us the privilege of using the phone to call a taxi or our folks at home." The employer's notice of injury states that she was injured in her regular occupation. The Industrial Board found that the injuries arose out of and in the course of employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.